## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### BANKRUPTCY DIVISON
### DIVISION OF ST. THOMAS AND ST. JOHN

In re:

EQUIVEST ST. THOMAS, INC.,

Debtor

Chapter 11

Case No.: 07-30011 (JKF)

Re: Docket Nos.: 468, 469 and 531

### NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that the "Effective Date" with respect to Plan occurred on July 1, 2008.[1]

/s/ Daniel M. Eliades
Daniel M. Eliades, Esq. (DME-6203)
Admitted Pro Hac Vice
FORMAN HOLT ELIADES & RAVIN LLC
80 Route 4 East, Suite 290
Paramus, New Jersey 07652
(201) 845-1000
deliades@formanlaw.com
-and-
DUDLEY, TOPPER AND FEUERZEIG, LLP
1000 Frederiksberg Gade
P.O. Box 756
St. Thomas, U.S.V.I. 00804-0756
(340) 774-4422

Attorneys for Debtor

Dated: September 3, 2008

m:\pet\equivest\pleadings\plan\final plan\notice of effective date.doc

---

[1] The Confirmation Order was entered on June 18, 2008. The Plan provides that the "Effective Date" of the Plan shall occur one (1) day after the Confirmation Order pursuant to 11 U.S.C. §1129 becomes a Final Order. See Plan at p.4  A "Final Order" is defined at page 5 of the Plan. In essence, the Confirmation Order becomes a Final Order when it is unappealable. Pursuant to Federal Bankruptcy Rule 8002, a notice of appeal of the Confirmation Order shall be filed within ten (10) days of the entry of the Order. No notice of appeal was filed as to the Confirmation Order. By our calculations, the time to appeal the Confirmation Order expired on June 30, 2008. Accordingly, the Effective Date was July 1, 2008.